IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| SYLVIA REESE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 3:18-CV-793-WKW |
| ) | [WO] |
| WEIDPLAS NORTH AMERICA, ) | |
| LLC, ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

On December 5, 2019, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. # 13.) Upon an independent review of the record, it is ORDERED as follows:

(1) The Recommendation (Doc. # 13) is ADOPTED; and

(2) This action is DISMISSED without prejudice prior to service of process in accordance with 28 U.S.C. § 1915(e)(2)(B).

Final judgment will be entered separately.

DONE this 30th day of December, 2019.

                                                            /s/ W. Keith Watkins
                                                       UNITED STATES DISTRICT JUDGE